UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CURTIS N. HARRIS,

    Plaintiff,

v.

CINDI CURTIN, *et al.*,

    Defendants.

    Case No. 1:05-CV-815

    Hon. Hugh W. Brenneman, Jr.

## ORDER

In accordance with the Opinion filed this date, defendants' motion for summary judgment (docket no. 123) will be **GRANTED** as to plaintiff's claim against defendants Willie Smith and Nurse Kemp, and **DENIED** as to plaintiff's claim against defendant Lt. Fred Hogle.

Dated: August 14, 2009      /s/ Hugh W. Brenneman, Jr.
    HUGH W. BRENNEMAN, JR.
    United States Magistrate Judge