UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CURTIS HARRIS, #218238,

      Plaintiff,                                     Case No. 1:05-cv-815

v.                                                                Hon. Hugh W. Brenneman, Jr.

FRED HOGLE,

      Defendant.
_____/

## ORDER DENYING MOTION BY PLAINTIFF'S ATTORNEYS
## TO WITHDRAW

Pending before the court is a motion by plaintiff's court-appointed attorneys to withdraw as counsel (docket no. 160). After conducting a hearing with plaintiff and his two attorneys, the court finds, for the reasons more fully stated on the record, that there has not, in fact, been a breakdown in the attorney-client relationship which would require the termination of that relationship. Moreover, the court finds that with the pretrial proceedings having been concluded and the trial date rapidly approaching, and with the plaintiff expressing his desire that his attorneys remain on the case, plaintiff's interests, and the interests of justice, are best served by the continuation of that relationship.

Accordingly, the motion is **DENIED.** Subject to any delays that may be caused by the filing of any new motions, the trial date remains unchanged.

**IT IS SO ORDERED.**


Dated: March 31, 2010                               /s/ Hugh W. Brenneman, Jr.
                                                          HUGH W. BRENNEMAN, JR.
                                                          United States Magistrate Judge