UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CURTIS HARRIS,

       Plaintiff,                     Case No. 1:05-cv-815

v                                   Hon. Hugh W. Brenneman, Jr.

FRED HOGLE,

       Defendant.
_____/

## **JUDGMENT**

      This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

      IT IS ORDERED AND ADJUDGED that the plaintiff take nothing and that the action be dismissed on the merits.


Dated: June 8, 2010                               /s/ Hugh W. Brenneman, Jr.
                                                      HUGH W. BRENNEMAN, JR.
                                                      United States Magistrate Judge